**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 17-2364**

_____

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

  v.

DIANNE M. CARTER,

    Defendant - Appellant.

_____

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Frank D. Whitney, Chief District Judge.  (3:16-cv-00673-FDW-DCK)

_____

Submitted:  February 15, 2018      Decided:  February 16, 2018

_____

Before WILKINSON, FLOYD, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Dianne M. Carter, Appellant Pro Se.  Marion E.M. Erickson, Joan Iris Oppenheimer, Francesca Ugolini, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Dianne M. Carter appeals the district court's order granting summary judgment to the United States on its action seeking to enjoin Carter from preparing federal income tax forms. We have reviewed the record and find no reversible error. Accordingly, although we grant leave to proceed in forma pauperis, we affirm for the reasons stated by the district court. *United States v. Carter*, No. 3:16-cv-00673-FDW-DCK (W.D.N.C. Oct. 2, 2017). We deny Carter's motions for stay pending appeal and for other relief, and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*